| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CRISTOL, A. J. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, FLORIDA | 3. Date of Report<br><br>01/18/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>CHIEF JUDGE EMERITUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>C. CLYDE ATKINS UNITED STATES COURTHOUSE<br>301 NORTH MIAMI AVENUE<br>CHAMBERS 717<br>MIAMI, FLORIDA 33128 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judicial Director | University of Miami School of Law Alumni Association |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 2/4/16 - 2/6/16 | San Juan, PR | Educational seminar or program | Air, Hotel, meals |
| 2. | Judicial Conference | 5/3/2016 - 5/7/2016 | Point Clear, AL | Judicial Conference | Air, Hotel, Meals |
| 3. | Bankruptcy Bar Association | 5/12/16 - 5/15/2016 | Marco Island, FL | Educational seminar or program | Hotel, Meals |
| 4. | Federal Judicial Center | 6/28/2016 - 7/1/2016 | Philadelphia, PA | Educational seminar or program | Air, Hotel, Meals |
| 5. | Open World Organization | 10/13/16 - 10/14/2016 | Washington, DC | Activity of professional assoc or civic organization | Air, Hotel, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

| 6. | National Conference of Bankruptcy Judges | 10/25/16 - 10/29/16 | San Francisco, CA | Educational seminar or program | Air, Hotel, Meals |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric | D | Dividend | M | T | | | | | |
| 2. Hospitality Properties | B | Dividend | K | T | | | | | |
| 3. Blackrock | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 4. Miami-Dade Aviation | B | Interest | K | T | | | | | |
| 5. Cohen & Steers | C | Dividend | K | T | | | | | |
| 6. Elbit | A | Dividend | K | T | | | | | |
| 7. AT&T | C | Dividend | L | T | | | | | |
| 8. Nuveen Real Estate Fund Com | A | Dividend | J | T | | | | | |
| 9. CVS Caremark | A | Dividend | K | T | | | | | |
| 10. Mondelez Inc | A | Dividend | | | Buy (add'l) | 01/07/16 | J | | |
| 11. | | | | | Sold (part) | 02/05/16 | J | A | |
| 12. | | | | | Sold | 02/05/16 | K | D | |
| 13. Starbucks | A | Dividend | K | T | | | | | |
| 14. Hillsborough County FL | B | Interest | K | T | | | | | |
| 15. Arizona St Transn Brd | A | Interest | | | Redeemed | 01/01/16 | K | A | |
| 16. Lord Abbett Floating Rate/High Yield | C | Dividend | M | T | Buy (add'l) | 11/21/16 | K | | |
| 17. Apple Inc | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amgen Inc | A | Dividend | | | Sold | 10/28/16 | K | D | |
| 19. Celgene Corp | | None | K | T | | | | | |
| 20. Comcast Corp NEw Special CL A | A | Dividend | K | T | Buy (add'l) | 02/05/16 | J | | |
| 21. Mednax Inc | | None | K | T | | | | | |
| 22. Novo Nordisk ADR Denmark | | None | | | Sold (part) | 02/03/16 | J | A | |
| 23. | | | | | Sold | 02/03/16 | K | D | |
| 24. Grandeur Peak Int'l Oppertunities | A | Dividend | K | T | | | | | |
| 25. Genesis Energy LP | B | Distribution | K | T | | | | | |
| 26. St Johns Cnty FL | B | Interest | | | Redeemed | 10/01/16 | K | A | |
| 27. Angel Oak Multi Strategy | D | Dividend | M | T | Buy (add'l) | 03/10/16 | K | | |
| 28. | | | | | | | | | |
| 29. UBS AG Trigger | | None | L | T | | | | | |
| 30. Alleregen PLC | | None | K | T | Sold (part) | 11/04/16 | J | B | |
| 31. CBS Corp New CL B | A | Dividend | | | Sold (part) | 06/03/16 | J | B | |
| 32. | | | | | Sold | 06/03/16 | J | A | |
| 33. Constallation Brands Inc CL A | A | Dividend | | | Buy (add'l) | 06/03/16 | J | | |
| 34. | | | | | Sold (part) | 11/11/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/11/16 | J | D | |
| 36. Gilead Sciences Inc | A | Dividend | J | T | Sold (part) | 11/28/16 | J | A | |
| 37. Alphabet Inc CL A | | None | K | T | | | | | |
| 38. Alphabet Inc CL C | | None | K | T | Buy (add'l) | 02/05/16 | J | | |
| 39. Mobileye N.V. Amstelveen Eur | | None | | | Sold | 07/26/16 | J | C | |
| 40. Royal Bank of Canada Trigger PS SPX | | None | L | T | | | | | |
| 41. Grandeur Peak Global | A | Dividend | K | T | | | | | |
| 42. 13D Actavist Fund Class | | None | | | Sold | 03/18/16 | J | A | |
| 43. Spectra Energy Partners LP | B | Distribution | K | T | | | | | |
| 44. Florida ST BRD ED PUB ED | B | Interest | K | T | | | | | |
| 45. Royal Bank of Canada Trigger STEP PS SXE | | None | K | T | | | | | |
| 46. Deutsche Bank AG Trigger | | None | | | Sold | 12/15/16 | K | A | |
| 47. Goldman Sachs Group Trigger | | None | K | T | | | | | |
| 48. Citigroup Inc Trigger | | None | L | T | | | | | |
| 49. Home Depot Inc | A | Dividend | J | T | | | | | |
| 50. RMR Group Inc/ The CL A | A | Dividend | | | Sold | 06/03/16 | J | A | |
| 51. UnitedHealth Group Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VF Corp | A | Dividend | | | Sold | 11/04/16 | J | A | |
| 53. Virgin Amer Inc | | None | | | Sold | 03/18/16 | J | A | |
| 54. JP Morgan Chase & Co | | None | | | Sold | 12/15/16 | J | A | |
| 55. Barclay's Bank PLC | | None | | | Redeemed | 06/10/16 | K | A | |
| 56. Maine St Hsg Auth Mtge P SR D | B | Interest | L | T | | | | | |
| 57. North Dakota St Hsg FIN Sr D RV | A | Interest | K | T | | | | | |
| 58. Angel Oak Flexible Inc Fund CL I | B | Dividend | | | Sold | 11/04/16 | K | A | |
| 59. Victory High Minucipal Bond Fund Class Y | D | Int./Div. | | | Buy (add'l) | 11/04/16 | K | | |
| 60. | | | | | Sold (part) | 11/29/16 | K | A | |
| 61. | | | | | Sold | 11/29/16 | J | A | |
| 62. Morgan Stan;ey L/O TPAOS SPX | | None | K | T | | | | | |
| 63. HSBC USA Inc | | None | K | T | | | | | |
| 64. JP Morgan Chase Trigger PS SXE5 | | None | K | T | | | | | |
| 65. Royal Bank of Canada Trigger ROS SPX | | None | K | T | | | | | |
| 66. Royal Bank of Canada Trigger ROS SP5E | | None | | | Sold | 12/15/16 | J | A | |
| 67. Mastercard Inc CL A (X) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 68. Pepsico Inc (X) | A | Dividend | J | T | Buy | 01/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Tower Corp REIT (X) | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 70. | | | | | Sold (part) | 11/14/16 | J | A | |
| 71. Miscrosoft Corp (X) | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 72. Nestle's A Sponsared (X) | A | Dividend | | | Buy | 02/08/16 | J | | |
| 73. | | | | | Sold | 11/29/16 | J | A | |
| 74. Ishares MSCI Europe Financials (X) | | None | | | Buy | 06/27/16 | J | | |
| 75. | | | | | Sold | 11/29/16 | J | B | |
| 76. Facebook Inc Cl A (X) | | None | J | T | Buy | 11/16/16 | J | | |
| 77. Visa Inc. CL A (X) | | None | J | T | Buy | 12/30/16 | J | | |
| 78. Heico Corp New (X) | | None | J | T | Buy | 12/30/16 | J | | |
| 79. JP Morgan Chase Financial CT-ISS SPX | | None | K | T | Buy | 09/27/16 | K | | |
| 80. JP Morgan Chase Financial LO/TA-CYN MXEA SPX | | None | J | T | Buy | 05/13/16 | K | | |
| 81. UBS AG L/O TA-CYN NDX RTY 7/18/2019 | | None | K | T | Buy | 07/15/16 | K | | |
| 82. UBS AG L/O TA-CYN NDX RTY 12/04/2019 | | None | K | T | Buy | 11/28/16 | K | | |
| 83. UBS AG L/O TA-CYN RTY SPX 10/19/2021 | | None | L | T | Buy | 10/14/16 | K | | |
| 84. GS Finance Corp L/O SDT-AN MXEA SPX 11/30/2021 | | None | K | T | Buy | 11/28/16 | K | | |
| 85. UBS AG L/O TA-STD RTY SPX 11/30/2021 | | None | K | T | Buy | 11/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Citigroup Global Markets TAR-SS MXEA SX5E 12/21/2021 | | None | L | T | Buy | 12/16/16 | K | | |
| 87. GS Finance Corp LLC L/O TPAOS | | None | | | Buy | 04/08/16 | K | | |
| 88. | | | | | Redeemed | 10/13/16 | K | A | |
| 89. UBS AG Trigger PAOS SPY | | None | | | Buy | 01/25/16 | K | | |
| 90. | | | | | Redeemed | 07/26/16 | K | A | |
| 91. American Express Bank, FSB (X) | C | Interest | J | T | | | | | |
| 92. Discover Bank (X) | A | Interest | J | T | | | | | |
| 93. Sate of Israel Bond (X) | A | Interest | K | T | | | | | |
| 94. Trust # 2 (H) | | | | | | | | | |
| 95. -FL SIT BD | | | | | | | | | |
| 96. -Johnson&Johnson | A | Dividend | | | Distributed | 04/26/16 | K | | |
| 97. -Dade County S/O v | | | | | Redeemed | 09/05/16 | L | B | |
| 98. -Ebay (Y) | | | | | | | | | |
| 99. -Automatic Data | A | Dividend | | | Buy (add'l) | 01/07/16 | J | | |
| 100. | | | | | Distributed | 04/25/16 | K | | |
| 101. -Hospitality Properties | A | Dividend | J | T | | | | | |
| 102. -General Electric | C | Dividend | L | T | Sold (part) | 05/03/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Home Depot | A | Dividend | | | Buy (add'l) | 01/07/16 | J | | |
| 104. | | | | | Distributed | 04/26/16 | K | | |
| 105. -Heico | | None | J | T | Buy | 01/15/16 | K | | |
| 106. | | | | | Distributed | 04/25/16 | K | | |
| 107. | | | | | Buy | 12/16/16 | J | | |
| 108. - AT&T | A | Dividend | J | T | | | | | |
| 109. - Opko Health (Y) | | | | | | | | | |
| 110. - Cohen&Steers | A | Dividend | | | | | | | |
| 111. - Akamai Technologies | | None | | | Sold | 11/04/16 | K | C | |
| 112. - GE (Y) | | | | | | | | | |
| 113. - Palm Beach Waste | B | Interest | K | T | | | | | |
| 114. - Miami Dade Aviation | C | Interest | L | T | Sold (part) | 07/20/16 | K | A | |
| 115. - New York Development | B | Interest | L | T | | | | | |
| 116. - South Indian River SER 2006 (Y) | | | | | | | | | |
| 117. - FL State Mid Bay Bridge (Y) | | | | | | | | | |
| 118. - Lee Mem Hlth | B | Interest | K | T | | | | | |
| 119. -Alphabet Inc. CL A | | None | | | Distributed (part) | 04/27/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Port St. Lucie Fl Research Faci | B | Interest | K | T | | | | | |
| 121. - Donald. F. Rubin, INC. (Y) | | | | | | | | | |
| 122. - Allergan INC | | None | | | Sold | 11/04/16 | K | A | |
| 123. - Check Point Software Tech LTD ILS | | None | | | Distributed | 04/26/16 | K | | |
| 124. - American Tower Corp (Y) | | | | | | | | | |
| 125. - Georgia Hsg & Fin Auth | B | Interest | L | T | | | | | |
| 126. - Lord Abbet Floating | D | Dividend | J | T | Buy (add'l) | 11/16/16 | K | | |
| 127. - McDonalds Corp | A | Dividend | | | Distributed | 04/26/16 | J | | |
| 128. - Mednax Inc | | None | K | T | Buy (add'l) | 01/06/16 | K | | |
| 129. - Microsoft Corp | A | Dividend | | | Buy (add'l) | 01/07/16 | J | | |
| 130. | | | | | Distributed | 04/27/16 | K | | |
| 131. - Neveda ST Fgic (Y) | | | | | | | | | |
| 132. - Nike Inc CL | A | Dividend | | | Sold | 11/28/16 | J | | |
| 133. - Thermo Fisher Scientific Inc | A | Dividend | | | Buy (add'l) | 01/15/16 | J | | |
| 134. | | | | | Distributed | 04/27/16 | K | | |
| 135. - Union Pacific Corp (Y) | | | | | | | | | |
| 136. - Wynn Resorts (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - TJX Cos Inc New | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 138. | | | | | Distributed (part) | 04/26/16 | K | | |
| 139. | | | | | Distributed | 04/27/16 | J | | |
| 140. - AT&T Inc | | | | | Distributed | 04/25/16 | K | | |
| 141. - SPDR Gold Trust | | None | K | T | Sold (part) | 12/06/16 | J | A | |
| 142. -Angel Oak Multi Strategy Income Class Instl | C | Dividend | N | T | Buy (add'l) | 05/06/16 | J | | |
| 143. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 144. - Pepsico Inc | A | Dividend | | | Distributed | 04/27/16 | K | | |
| 145. - Yahoo Inc (Y) | | | | | | | | | |
| 146. - Hercules Technology Growth | A | Dividend | J | T | | | | | |
| 147. - Lord Abbett Floating Rate Fund A | A | Dividend | | | Sold | 07/15/16 | J | A | |
| 148. - RS Floating Rate Fund A (Y) | | | | | | | | | |
| 149. - Village Cmnty Dev No 6 Ser 2013 | A | Interest | K | T | | | | | |
| 150. - Amer Express | A | Dividend | J | T | | | | | |
| 151. - Energy Transfer Partners LP | | | K | T | | | | | |
| 152. - Citigroup Funding Inc | | None | | | Sold | 07/19/16 | J | E | |
| 153. - Citigroup Inc (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Dade CNTY FL Spl Ser 1996 B (Y) | | | | | | | | | |
| 155. - Chicago IL O'Hare Int'l Airport (Y) | | | | | | | | | |
| 156. - Florida St Governmental Util Ser 2003 (Y) | | | | | | | | | |
| 157. - Halifax Hosp Med Ctr FL Ser 2006A (Y) | | | | | | | | | |
| 158. - Hernando Cnty FL Sch BD Ser 2006 (Y) | | | | | | | | | |
| 159. -American Airls Group | A | Dividend | | | Sold | 03/24/16 | J | A | |
| 160. -Blackstone Group LP | | None | J | T | | | | | |
| 161. -Costco Wholesale | A | Dividend | K | T | Buy (add'l) | 03/07/16 | J | | |
| 162. | | | | | Distributed (part) | 04/25/16 | J | | |
| 163. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 164. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 165. -Ecolab Inc | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 166. -Energy Transger Partners | | | | | | | | | |
| 167. -Legg Mason BW ALternative | A | Dividend | | | Sold | 03/07/16 | J | A | |
| 168. -New York NY Fiscal | D | Interest | M | T | | | | | |
| 169. -Targa Rresources Partners (Y) | | | | | | | | | |
| 170. -Wisconsin St Clean Wtr | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -JP Morgan Chase & Co Trigger (Y) | | | | | | | | | |
| 172. -Credit Suisse AG Trigger | | None | K | T | | | | | |
| 173. -Royal Bank of Canada Trigger SPS SPX | | None | K | T | | | | | |
| 174. -Barclays Bank PLC Trigger PAOS RTY | | None | | | Redeemed (part) | 06/10/16 | J | A | |
| 175. | | None | | | Redeemed | 06/10/16 | K | A | |
| 176. - Angel Oak Flexible Income Fund Clcass I | A | Dividend | K | T | Sold (part) | 11/04/16 | K | A | |
| 177. -Lord Abbett High Yield Fd CL F | A | Dividend | | | Sold (part) | 06/01/16 | K | A | |
| 178. | | | | | Sold (part) | 07/20/16 | J | A | |
| 179. | | | | | Sold (part) | 07/20/16 | J | A | |
| 180. - Sentinel Total RTN BD 1 | A | Dividend | | | Sold | 05/03/16 | L | A | |
| 181. - DuPont De Demours | B | Dividend | L | T | | | | | |
| 182. - Chemours Co (Y) | | | | | | | | | |
| 183. - Whiting USA | | None | J | T | | | | | |
| 184. - Seadrill LTD US Line | | None | J | T | | | | | |
| 185. - Facebook Inc CL A | | None | J | T | Buy (add'l) | 04/28/16 | J | | |
| 186. | | | | | Distributed (part) | 04/26/16 | J | | |
| 187. - Globus Med Inc CL A | | None | | | Sold | 07/27/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. - RMR Group Inc/CL A | | | | | Buy | 02/05/16 | J | | |
| 189. - WP Caareylnc Reit | A | Dividend | | | Distributed | 04/27/16 | K | | |
| 190. - Barclays Bank PLC Airbag PS SPX | | None | K | T | | | | | |
| 191. - Maine ST Hsg Auth Mtge P SR D | C | Interest | L | T | | | | | |
| 192. - North Dakota ST Hsg Fin SR D RV | A | Interest | K | T | | | | | |
| 193. - Victory High Minucipal Bond Fund Class Y | D | Dividend | L | T | Sold (part) | 11/28/16 | L | A | |
| 194. - Goldmand Sachs Group Trigger ROS MID (Y) | | | | | | | | | |
| 195. - Morgan Stanley Chase Trigger PS Int'l Eqty Bsk (Y) | | | | | | | | | |
| 196. - Deutsche Bank AG L/O TPAOS SPX SX5E | | None | | | Sold | 09/30/16 | K | A | |
| 197. - Goldmand Sachs Group Trigger AOS RTY | | None | | | Redeemed | 09/29/16 | K | C | |
| 198. - Royal Bank of Canada Trigger PS EFA | | None | J | T | | | | | |
| 199. - JP Morgan Chase & CO TriggerPS DXK | | None | J | T | | | | | |
| 200. - Alphabet Inc CL C | | None | K | T | Buy | 01/06/16 | K | | |
| 201. | | | | | Buy (add'l) | 04/28/16 | J | | |
| 202. - Fortune Brands Home & Sec Inc | A | Dividend | J | T | Buy | 10/01/16 | J | | |
| 203. - Sealed Air Corp New | A | Dividend | J | T | Buy | 09/29/16 | J | | |
| 204. - Kroger Company | A | Dividend | | | Buy | 07/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 206. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 207. | | | | | Sold | 11/04/16 | K | A | |
| 208. - Fidelity National Financial Inc | | None | J | T | Buy | 12/30/16 | J | | |
| 209. - Priceline Group Inc New | | None | J | T | Buy | 12/30/16 | J | | |
| 210. - Becton Dickinson & Co | A | Dividend | | | Buy | 01/04/16 | J | | |
| 211. | | | | | Distributed | 04/27/16 | J | | |
| 212. - Opko Health Inc | | None | | | Buy | 01/06/16 | J | | |
| 213. | | | | | Distributed | 04/27/16 | J | | |
| 214. - Hillsborough Cnty Fla (X) | C | Interest | | | Redeemed | 10/01/16 | L | A | |
| 215. - Enterprise Products Partner LP (X) | | None | | | Distributed | 04/26/16 | L | | |
| 216. - Hudson Infra Structure (X) | C | Interest | L | T | | | | | |
| 217. - Indian Trace CMTY (X) | A | Interest | K | T | | | | | |
| 218. - Nevada ST FGIC (X) | B | Interest | K | T | | | | | |
| 219. - UBS AG L/O TA-CYN NDX RTY 7/18/19 | | None | K | T | Buy | 07/15/16 | K | | |
| 220. - Citigroup Global Markets T-SS SPX 7/31/20 | | None | L | T | Buy | 07/20/16 | K | | |
| 221. - JP Morgan Chase L/O TA-CYN SPX SX5E 10/19/20 | | None | K | T | Buy | 10/14/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  UBS AG L/O TA-CYN RTY SPX 10/19/21 | | None | L | T | Buy | 10/14/16 | K | | |
| 223.  - JP Morgan Chase L/O TA-CYN MXEA RTY 01/02/20 | | None | K | T | Buy | 12/28/16 | K | | |
| 224.  - UBS Trigger PAOS SPY | | None | | | Buy | 01/25/16 | K | | |
| 225. | | | | | Redeemed | 07/26/16 | K | | |
| 226.  - GS Finance Corp llc L/O TA-CYN SPX RTY | | None | | | Buy | 04/08/16 | K | | |
| 227. | | | | | Redeemed | 10/13/16 | K | | |
| 228.  - UBS AG Trigger Step PS RTY 6/30/17 (X) | | None | K | T | | | | | |
| 229.  - The Goldman Sachs Group Trigger ROS MID 01/31/2018 | | None | L | T | | | | | |
| 230.  - Citigroup Inc. Trigger PS SPX 11/30/2018 (X) | | None | K | T | | | | | |
| 231.  - Morgan Stanley L/O TPAOS SPX SX5E (X) | | None | K | T | | | | | |
| 232.  J- P Morgan Chase Trigger PS INTL 7/31/19 (X) | | None | K | T | | | | | |
| 233.  - UBS AG CAR PS SX5E 12/31/19 (X) | | None | L | T | | | | | |
| 234.  Trust # 3 (H) | | | | | | | | | |
| 235.  - Helios (Y) | | | | | | | | | |
| 236.  - General Motors Company Warrant 072016 | | None | J | T | | | | | |
| 237.  - General Motors Company Warrant 072019 | | None | J | T | | | | | |
| 238.  - General Motors Company(GM) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Ford Motor (Y) | | | | | | | | | |
| 240. - Occidental Pete Corporation (Y) | | | | | | | | | |
| 241. - Six Flags 9.625 (Y) | | | | | | | | | |
| 242. - US Concrete Inc. B (Y) | | | | | | | | | |
| 243. - US Concrete Inc. A (Y) | | | | | | | | | |
| 244. - Capital Product Partners LP | D | Dividend | K | T | | | | | |
| 245. - Transocean Limited REG SHS | | None | K | T | | | | | |
| 246. - Catchmark Timber TR Incorporated | C | Dividend | | | Sold (part) | 04/20/16 | L | B | |
| 247. | | | | | Sold (part) | 06/03/16 | J | A | |
| 248. | | | | | Sold (part) | 06/06/16 | L | B | |
| 249. | | | | | Sold (part) | 07/15/16 | K | B | |
| 250. | | | | | Sold | 08/11/16 | K | B | |
| 251. - Amazon Com Incorporated | | None | N | T | Sold (part) | 01/01/16 | K | E | |
| 252. | | | | | Sold (part) | 01/13/16 | K | D | |
| 253. | | | | | Sold (part) | 02/05/16 | K | D | |
| 254. | | | | | Sold (part) | 05/17/16 | J | D | |
| 255. | | | | | Sold (part) | 09/26/16 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Hi-Crush Partners LP Com | | None | M | T | Sold (part) | 09/26/16 | L | A | |
| 257. - Memorial Prodtn Partners LP | B | Distribution | J | T | | | | | |
| 258. - BP PLC Sponsored ADR (United Kingdom) (Y) | | | | | | | | | |
| 259. - CIT Group Incorporated Com (Y) | | | | | | | | | |
| 260. - Fidus Invt Corporation | D | Dividend | L | T | | | | | |
| 261. - Du Pont E I De Nemours Co | D | Dividend | M | T | Sold (part) | 06/03/16 | K | A | |
| 262. | | | | | Sold (part) | 07/15/16 | K | A | |
| 263. | | | | | Sold (part) | 07/22/16 | L | B | |
| 264. -Angel Oak Multi-Strategy Inc Fund Class Instl | D | Dividend | J | T | Buy (add'l) | 03/07/16 | K | | |
| 265. - RS Floating Rate Class Y (Y) | | | | | | | | | |
| 266. - Lord Abbett Floating Rate fD Cl F | B | Dividend | M | T | Buy (add'l) | 11/16/16 | K | | |
| 267. - Seadrill LTD US Line | | None | L | T | | | | | |
| 268. - Sentinal Total RTN Bnd 1 (Y) | | | | | | | | | |
| 269. - Florida ST Brd ED Lottery | D | Interest | M | T | | | | | |
| 270. - Legg Mason BW Alternative | A | Dividend | | | Sold | 03/07/16 | K | A | |
| 271. - Brookfield High Income FD (Y) | | | | | | | | | |
| 272. - UBS AB Trigger | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Citigroup Inc Trigger | | None | L | T | | | | | |
| 274. - Biogen Inc | | None | J | T | | | | | |
| 275. - Home Depot Inc | A | Dividend | K | T | Buy (add'l) | 05/17/16 | J | | |
| 276. - Illumina Inc | | None | | | Sold (part) | 04/16/16 | J | A | |
| 277. | | | | | Sold (part) | 10/10/16 | J | A | |
| 278. | | | | | Sold | 10/10/16 | K | A | |
| 279. - Linkedin Corp C: A | | None | | | Buy (add'l) | 01/06/16 | J | | |
| 280. | | | | | Sold | 02/05/16 | K | A | |
| 281. - Mastercard Inc CL A | A | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 282. - Mednax Inc | | None | J | T | Buy (add'l) | 06/03/16 | J | | |
| 283. - Pepsico Inc | A | Dividend | K | T | | | | | |
| 284. - Southwest Airlines Co | A | Dividend | | | Sold (part) | 06/03/16 | J | C | |
| 285. | | | | | Sold | 06/30/16 | J | A | |
| 286. - Verizon Inc | A | Dividend | | | Sold | 01/29/16 | J | A | |
| 287. - Walt Disney Co (Holding Co) | A | Dividend | K | T | Buy (add'l) | 06/03/16 | J | | |
| 288. - WPP PLC New SPON ADR | | None | | | Sold | 05/17/16 | J | A | |
| 289. - Barclays Bank PLC | | None | | | Sold | 06/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Dallas Fort Worth TX IN SR C RV | B | Interest | K | T | | | | | |
| 291. - Florida ST Muni Pwr AGY | B | Interest | L | T | | | | | |
| 292. - Broward CO FL ARPT | B | Interest | K | T | | | | | |
| 293. - Miami Dade CNTY FLA AVIA | B | Interest | L | T | | | | | |
| 294. - Lord Abbett High Yield Fund CL F | C | Dividend | | | Sold | 11/16/16 | L | A | |
| 295. - Victory High Minucipal Bond Fund Class Y | D | Dividend | M | T | | | | | |
| 296. - Lennar Corp (Y) | | | | | | | | | |
| 297. - Amgen Inc | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 298. - Celgene Corp | | None | J | T | Buy | 01/07/16 | J | | |
| 299. - Cisco Systems Inc | A | Dividend | K | T | Buy | 06/27/16 | J | | |
| 300. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 301. - Coresite Rlty Corp COM Reit | A | Dividend | K | T | Buy | 09/14/16 | J | | |
| 302. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 303. - Facebook Inc Cl A | | None | J | T | Buy | 01/07/16 | J | | |
| 304. - Gilead Sciences Inc | A | Dividend | K | T | Buy | 01/07/16 | J | | |
| 305. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 306. - Johnson Ctls Intl PLC | B | Dividend | J | T | Buy | 09/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 23 of 28

**Name of Person Reporting**

CRISTOL, A. J.

**Date of Report**

01/18/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 308. | | | | | Sold (part) | 09/06/16 | J | B | |
| 309. - Kraft Heinz Co/The | A | Dividend | K | T | Buy | 04/29/16 | J | | |
| 310. - Miscrosoft Corp | A | Dividend | K | T | Buy | 04/28/16 | J | | |
| 311. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 312. - Nestle S A Sponsered ADR | A | Dividend | | | Buy | 02/05/16 | J | | |
| 313. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 314. | | | | | Sold | 11/21/16 | K | A | |
| 315. - New Jersey Turnpike Auth SR B RV | A | Interest | K | T | Buy | 06/01/16 | K | | |
| 316. - Maine ST HSG Auth MTGE P SR C | A | Interest | K | T | Buy | 06/21/16 | K | | |
| 317. - Allianzgi Short Duration High Income Cl Intl | B | Dividend | L | T | Buy | 08/01/16 | K | | |
| 318. | | | | | Buy (add'l) | 11/16/16 | K | | |
| 319. - Adient PLC Foreign Stock | | None | | | Spinoff (from line 306) | 10/31/16 | J | | |
| 320. | | | | | Sold | 11/30/16 | J | A | |
| 321. - Angel Oak Flexible Inc CL I (X) | C | Dividend | | | Sold | 11/16/16 | L | A | |
| 322. - Chemours CO (X) | A | Dividend | | | Sold | 11/16/16 | K | C | |
| 323. - General Electric Co (X) | D | Dividend | M | T | Sold (part) | 07/22/16 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Chesapeak Granite Wash Trus (X) | D | Distribution | L | T | Sold (part) | 01/06/16 | M | A | |
| 325. - JP Morgan Chase Financial TAR-GEARS SPX 8/31/2021 | | None | K | T | Buy | 08/26/16 | K | | |
| 326. - JP Morgan Chase Financial CT-ISS SPX 3/29/2019 | | None | K | T | Buy | 09/27/16 | K | | |
| 327. - JP Morgan Chase Financial L/O TA-CYN MXEA SPX 5/17/2019 | | None | K | T | Buy | 05/13/16 | K | | |
| 328. - UBS AG L/O CYN NDX RTY 7/18/2019 | | None | L | T | Buy | 07/15/16 | K | | |
| 329. - Barclays Bank PLC L/O TA-CYN RY SX5E 8/15/2019 | | None | K | T | Buy | 08/12/16 | K | | |
| 330. - Citigroup Global Markets T-SS SPX 7/31/2020 | | None | K | T | Buy | 07/20/16 | K | | |
| 331. - UBS AG L/O TA-CYN RTY SPX 10/19/2021 | | None | L | T | Buy | 10/14/16 | K | | |
| 332. - GS Financial LLC L/O TA-CYN | | None | | | Buy | 05/13/16 | K | | |
| 333. | | | | | Redeemed | 10/13/16 | K | A | |
| 334. - UBS Trigger PAOS SPY | | None | | | Buy | 01/25/16 | K | | |
| 335. | | | | | Redeemed | 07/26/16 | K | A | |
| 336. G- oldman Sach Group Inc (X) | | None | K | T | Sold (part) | 09/29/16 | K | A | |
| 337. - Morgan Stanley L/O TPAOS SPX SX5E 11/30/2018 (X) | | None | J | T | | | | | |
| 338. -Goldman Sachs Group Inc Trigger PS EFA (X) | | None | K | T | | | | | |
| 339. - JP Morgan Chase Trigger PS SX5E 4/30/2020 (x) | | None | J | T | | | | | |
| 340. -Diversified Property Fund Class I (X) | D | Distribution | M | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)       F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)       N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
(See Column C2)       U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. UBS Traditional (IRA) #2 (H) | | | | | | | | | |
| 342. - Seadrill LTD US Line | | None | J | T | | | | | |
| 343. - Genl Electric Co | A | Dividend | | | Sold | 07/22/16 | K | A | |
| 344. - Angel Oak Multi-Strategy Inc FD CL Inst | C | Dividend | L | T | Sold (part) | 07/22/16 | J | A | |
| 345. - Goldman Sachs Strategic Inc CL I | | None | | | Sold | 07/22/16 | J | A | |
| 346. - Legg Mason BW Alternative Alternative Credit FD CL I | | None | | | Sold | 07/22/16 | J | A | |
| 347. - Lord Abbett Floating Rate FD CL F | A | Dividend | | | Sold | 07/22/16 | K | A | |
| 348. - RS Floating Rate Class Y | | None | | | Sold | 07/22/16 | J | A | |
| 349. -Angel Oak Flexible Income FD CL I | A | Dividend | | | Sold | 07/22/16 | K | A | |
| 350. UBS Traditional (IRA) #3 (H) | | | | | | | | | |
| 351. - UBS AG Trigger PS SX5E | | None | J | T | | | | | |
| 352. -Citigroup Inc. Trigger PS SX5E | | None | J | T | | | | | |
| 353. -Morgan Stanley L/O TPAOS SPX SX5E | | None | J | T | | | | | |
| 354. -The Goldman Sachs Group Trigger ROS MID | | None | J | T | | | | | |
| 355. -Goldman Sachs Group Inc Trigger PS EFA | | None | J | T | | | | | |
| 356. -Goldman Sachs Group Inc Trigger AOS RTY | | None | | | Redeemed | 09/30/16 | J | A | |
| 357. -JPMorgan Chase& CO Trigger PS SX5E | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | | | | | |
| 359. | | | | | | | | | |
| 360. | | | | | | | | | |
| 361. | | | | | | | | | |
| 362. | | | | | | | | | |
| 363. | | | | | | | | | |
| 364. | | | | | | | | | |
| 365. | | | | | | | | | |
| 366. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CRISTOL, A. J. | 01/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1:
Line 59, Was listed in 2015 as "RS High Income Municipal Bd Fund" in 2016 there was a name change to Victory High  Minucipal Bond Fund Class Y.

Note 2:
Line 185, Corrected spelling of Security

Note 3:
Line 193, Was listed in 2015 as "RS High Income Municipal Bd Fund" in 2016 there was a name change to Victory High  Minucipal Bond Fund Class Y.

Note 4:
Line 295, Was listed in 2015 as "RS High Income Municipal Bd Fund" in 2016 there was a name change to Victory High  Minucipal Bond Fund Class Y.

Note 5:
All leading numbers before a Security's name has been omitted from this report.

Amended Notes:

1. Line 93, Should have been reported with an (X) at the end of the name in Column A

2. Lines 98, 109, 111, 112, 116, 117, 119, 121-124, 131,135, 136, 145,148, 152, 154-158, 169, 171, 182,187, 194-197, 235, 239-243, 258, 259, 265, 268, 271 ,276, 288, 289 and 296.
   All of the lines listed in the Inquery Letter Part II - Should have been reported with a (Y) at the end of the name in Column A.

3. Lines 111, 119, 152  entered None in Cloumn B2

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. J. CRISTOL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544